UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE OF UNIVERSITY OF NEW YORK,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>TELLURIC LABS LLC,<br><br>　　　　　　　　　　　　Defendant.<br>-------------------------------------------------------------------<br>TELLURIC LABS LLC,<br><br>　　　　　　　Counterclaim Plaintiff,<br><br>　-against-<br><br>THE RESEARCH FOUNDATION FOR THE STATE OF UNIVERSITY OF NEW YORK,<br><br>　　　　　　　Counterclaim Defendant,<br>　　and<br><br>STATE UNIVERSITY OF NEW YORK AT STONY BROOK, PETER I. BERNSTEIN, MICHAEL FERDMAN, PETER MILDER, FARID SAMANDI, TIANCHU JI, SHENGSUN CHO,<br><br>　　　　　　　Third-Party Defendants. | ECF Case<br><br>Case No. 2:21-cv-01898-JS-SIL<br><br><br>**NOTICE OF MOTION**<br><br>**Return Date:  April 7, 2023**<br><br>**Hon. Joanna Seybert** |

**C O U N S E L O R S :**

**MOTION BY**:    L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P.
　　　　　　　　Attorneys for Third-Party Defendant Peter I. Bernstein
　　　　　　　　3 Huntington Quadrangle Suite 102 S
　　　　　　　　Melville, NY 11747

**DATE, TIME, &**
**PLACE OF HEARING**:    On April 7, 2023 before the Honorable Joanna Seybert at the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York.

**SUPPORTING PAPERS**:    (A)    Mr. Bernstein's Memorandum of Law in Support of Motion dated February 17, 2023, and

　　　　　　　　　　　　(B)    Declaration of Marian C. Rice dated February 17, 2023.

| | | |
|---|---|---|
| **RELIEF DEMANDED**: | (A) | Dismissal of the First Amended Third Party Complaint dated July 9, 2021 pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted; |
| | (B) | Dismissal of the First Amended Third Party Complaint dated July 9, 2021 pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute; and |
| **OTHER RELIEF**: | (C) | Such other and further relief as to this Court may seem just, proper and equitable in the premises. |
| **ANSWERING PAPERS**: | | Opposing Affidavits and answering Memoranda are due to be served by March 17, 2023. |

DATED:   Melville, New York
         February 17, 2023

>                          Respectfully submitted,
>
>                          L'ABBATE, BALKAN, COLAVITA
>                            & CONTINI, L.L.P.
>
>                          _____
>                          Marian C. Rice
>                          Meredith D. Belkin
>                          *Attorneys for Third-Party Defendant,*
>                          *Peter I. Bernstein*
>                          3 Huntington Quadrangle, Suite 102S
>                          Melville, New York 11747
>                          (516) 294-8844

To:   Peter I. Bernstein
      SCULLY, SCOTT, MURPHY
      & PRESSER PC
      *Attorneys for Plaintiff/Counterclaim-Defendant*
      *The Research Foundation for The State University*
      *Of New York and Third-Party Defendants*
      *Michael Ferdman, Peter Milder,*
      *Farid Samandi, Tianchu Ji and Shengsun Cho*
      400 Garden City Plaza, Suite 300
      Garden City, New York 11530
      (516) 742-4343
      pibernstein@ssmp.com

TELLURIC LABS LLC
*Defendant/Counterclaim Plaintiff Pro Se*
c/o Michael Ivanciu, Esq.
Law Offices of Michael Ivanciu
213 NJ-35
Red Bank, NJ 07701
michael@ivanciulawfirm.com

and

Telluric Labs, LLC
157 Broad Street, Unit 201
Red Bank, NJ 07701
michael@telluriclabs.com


Nicholas Mesiti
HESLIN ROTHENBERG FARLEY
  & MESITI
*Attorneys for Third-Party Defendant*
*State University of New York at Stony Brook*
5 Columbia Circle
Albany, New York 12203
nick.mesiti@hrfmlaw.com
thomas.sica@hrfmlaw.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

      MEHMOOD KHILJI, being duly sworn, deposes and says, that I am not a party to the action, I am over 18 years of age and reside in Nassau County, New York.

      That on the 17th day of February, 2023, I served the within **NOTICE OF MOTION, DECLARATION IN SUPPORT with Exhibits 1-4** upon:

TELLURIC LABS LLC
*Defendant/Counterclaim Plaintiff Pro Se*
c/o Michael Ivanciu, Esq.
Law Offices of Michael Ivanciu
213 NJ-35
Red Bank, NJ 07701

Telluric Labs, LLC
157 Broad Street, Unit 201
Red Bank, NJ 07701

the respective party(ies) in this action, at the above address(es) designated by said party(ies) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
MEHMOOD KHILJI

Sworn to before me this
17th day of February, 2023

_____
Notary Public

KAREN SCHLECHT
Notary Public, State of New York
No. 01SC6178707
Qualified in Nassau County
Commission Expires December 10, 20___

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF SUFFOLK )

KAREN SCHLECHT, being duly sworn, deposes and says, that I am not a party to the action, I am over 18 years of age and reside in Nassau County, New York.

That on the 17th day of February, 2023, I served the within **NOTICE OF MOTION, DECLARATION IN SUPPORT with Exhibits 1-4** upon:

TELLURIC LABS LLC
*Defendant/Counterclaim Plaintiff Pro Se*
c/o Michael Ivanciu, Esq.    -    E-mail address: michael@ivanciulawfirm.com
Law Offices of Michael Ivanciu
213 NJ-35
Red Bank, NJ 07701

Telluric Labs, LLC    -    E-mail address: radu@telluriclabs.com
157 Broad Street, Unit 201
Red Bank, NJ 07701

By ELECTRONIC MAIL to the e-mail address(es) indicated above.

_____
KAREN SCHLECHT

Sworn to before me this
17th day of February, 2023.

_____
Notary Public

ILENE D. SAMUEL
Notary Public, State of New York
No. 02SA4814149
Qualified in Nassau County
Commission Expires July 31, 2026