**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> *Plaintiff/Counterclaim-Defendant*, <br><br> v. <br><br> TELLURIC LABS, LLC. <br><br> *Defendant/Counterclaim-Plaintiff*. <br><br> v. <br><br> STATE UNIVERSITY OF NEW YORK AT STONY BROOK, PETER I. BERNSTEIN, MICHAEL FERDMAN, PETER MILDER, FARID SAMANDI, TIANCHU JI, SHENGSUN CHO <br><br> *Third-Party Defendant(s)* | CIV. ACTION NO. 2:21-cv-01898-JS-SIL <br><br> **NOTICE OF MOTION** |

  Plaintiff/Counterclaim-Defendant, The Research Foundation For The State University of New York ("Research Foundation") and Third-Party Defendants Dr. Michael Ferdman, Dr. Peter Milder, Mr. Farid Samandi, Mr. Tianchu Ji and Mr. Shengsun Cho ("TPD") by and through the undersigned counsel, hereby moves this Court to dismiss the First Amended Third Party Complaint dated July 9, 2021 pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted and/or in the alternative pursuant to Rule 41 of the

Federal Rules of Civil Procedure for failure to prosecute and such other relief as this Court may deem just, proper and equitable. Opposing Affidavits and answering Memoranda are due to be served March 17, 2023.

Dated: February 17, 2023
      Garden City, New York

                              SCULLY, SCOTT, MURPHY & PRESSER, P.C.

                              /s/ Peter I. Bernstein
                              Peter I. Bernstein
                              Seth Weinfeld
                              400 Garden City Plaza-Ste 300
                              Garden City, New York, 11530
                              (516) 742-4343

                              *Attorneys for Plaintiff/Counterclaim-Defendant*
                              *The Research Foundation for The State University*
                              *Of New York and Third-Party Defendants*
                              *Dr. Michael Ferdman, Dr. Peter Milder,*
                              *Mr. Farid Samandi, Mr. Tianchu, Ji*
                              *and Mr. Shengsun Cho*

.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 17th day of February 2023, the foregoing **NOTICE OF MOTION** with **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** were served via electronic mail and first-class mail, upon the following:

    Michael Ivanciu, Esq.
    450 Stockholm Street
    Ridgewood, NY 11385
    E-mail: michael@ivanciulawfirm.com

    Codrut Radu Radulescu
    105 Lock St, STE 211
    Newark, NJ 07103
    E-mail: radur@hotmail.com

    Telluric Labs, LLC
    157 Broad Street, Unit 201
    Red Bank, NJ 07701
    michael@telluriclabs.com

I HEREBY CERTIFY that on this the 17th day of February 2023, the foregoing **NOTICE OF MOTION** with **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** were served via ECF, upon the following:

Marian C. Rice
Meredith D. Belkin
L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.
*Attorneys for Third-Party Defendant,*
*Peter I. Bernstein*
3 Huntington Quadrangle, Suite 102S
Melville, New York 11747
(516) 294-8844

Nicholas Mesiti
HESLIN ROTHENBERG FARLEY
  & MESITI
*Attorneys for Third-Party Defendant*
*State University of New York at Stony Brook*
5 Columbia Circle
Albany, New York 12203
nick.mesiti@hrfmlaw.com
thomas.sica@hrfmlaw.com

        /s/ Peter I. Bernstein
        Peter I. Bernstein
        Seth Weinfeld
        400 Garden City Plaza-Ste 300
        Garden City, New York, 11530
        (516) 742-4343

        *Attorneys for Plaintiff/Counterclaim-Defendant*
        *The Research Foundation for The State University*
        *Of New York and Third-Party Defendants*
        *Dr. Michael Ferdman, Dr. Peter Milder,*
        *Mr. Farid Samandi, Mr. Tianchu, Ji*
        *and Mr. Shengsun Cho*