# UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br> *Plaintiff/Counterclaim Defendant,* <br><br> v. <br><br> TELLURIC LABS, LLC. <br> *Defendant/Counterclaim Plaintiff.* <br><br> v. <br><br> STATE UNIVERSITY OF NEW YORK AT STONY BROOK, PETER I. BERNSTEIN, MICHAEL FERDMAN, PETER MILDER, FARID SAMANDI, TIANCHU JI, SHENGSUN CHO <br> *Third-Party Defendant(s)* | CIV. ACTION NO.  2:21-cv-01898-JS-SIL <br><br> ~~(PROPOSED)~~ **DEFAULT JUDGMENT** |

This action having been commenced on April 8, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Telluric Labs, LLC, on May 21, 2021 by personal service of the Summons, Complaint, Civil Cover Sheet, and Exhibits A-G with index number and date of filing thereupon affixed on Telluric Labs, LLC, at 157 Broad Street , Unit 201, Red Bank, NJ 07701 by delivery to and leaving personally with Michael Ivanciu, Esq., a managing or authorized agent, who indicated that he was authorized to accept service on behalf of Telluric Labs, LLC, and a proof of service having been filed on May 24, 2021 and the defendant not having otherwise defended this action, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 145,043.47 ~~with interest at 9% from March 5, 2019 amounting to $59,697.22 plus attorney's fees, costs and disbursements of this action in the amount of $152,954.00 (attorney's fees) plus $77,430.45 (costs and disbursements) amounting in all to $435,125.14.~~

**plus attorney's fees in the amount of $26,313, for a total of $171,356.47.**

Dated: Central Islip, New York

**December 13, 2023**

, ~~2023~~

/s/ Joanna Seybert

**Hon. Joanna Seybert, U.S.D.J.**

~~U.S.D.J~~.

This document was entered on the docket

on_____.