FILED
CLERK
<u>Box.com</u>
7/19/2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**Codrut Radu Radulescu**

Attorney at Law

105 Lock St, STE 211
Newark, NJ 07103
radur@hotmail.com
Tel: (201) 264 8046

---

July 19, 2024

Clerk's Office
U.S. District Court Eastern District of New York
100 Federal Plaza,
Central Islip, New York 11722-9014

Re: The Research Foundation for the State University of New York v. Telluric Labs, LLC, et al., Docket 2:21-cv-01898 -JS-SIL   (Closed)

Dear Clerk of the Court,

I am the Proposed Intervenor-Appellant in case number 24-153, and I also serve as the principal and acting in-house counsel for Telluric Labs LLC. I am writing to respectfully request the supplementation of the record on appeal with the latest docket activity between January 12, 2024, and June 28, 2024, including filings and transcripts, while preserving the sealed status where necessary.

Additionally, I respectfully request access to the internal codes used to reference pages of the nine sealed documents filed in September 2022 by the former attorney of record, Mr. Postolski, and which do not have the regular ECF No.

If any additional information or documentation is required to support this request, please do not hesitate to contact me. Thank you for your attention to this matter. I greatly appreciate your assistance in resolving this issue.

July 19, 2024

Respectfully submitted,
/s/ Codrut R. Radulescu
Codrut R. Radulescu

105 Lock St STE 211
Newark, NJ 07052
<radur@hotmail.com>
201 264 8046

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I submitted the above Letter to the Clerk of the Court by uploading it through the EDNY URL: https://edny.app.box.com/f/0f6348c6cb5242409fe345811278b2ca. This submission was made in accordance with EDNY procedure for the pro se litigants, with the intention of having the Letter docketed by the Clerk of the Court for all the parties registered on ECF.

I further certify that on July 19, 2024 I sent by email the foregoing documents to the Defendant, Telluric Labs LLC at the following email address:

Michael@telluriclabs.com

DATED: July 19, 2024

Respectfully submitted,
/s/ Codrut R. Radulescu
Codrut R. Radulescu

105 Lock St STE 211
Newark, NJ 07052
radur@hotmail.com
201 264 8046